ORIGINAL

Of Counsel:
CLAY CHAPMAN CRUMPTON IWAMURA & PULICE

ROBERT E. CHAPMAN        #2679
rchapman@paclawteam.com
MARY MARTIN              #5475
mmartin@paclawteam.com
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone No.: (808) 535-8400
Facsimile No.: (808) 535-8444

Attorneys for Defendant
Fuelman, Inc.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 6 2005

at \_\_ o'clock and 3\_\_ min. \_\_\_
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>FUELMAN, INC.,<br><br>    Defendant. | CIVIL NO. 04-00527 SOM/BMK<br><br>CERTIFICATE OF SERVICE [RE: DEFENDANT FUELMAN, INC.'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF]<br><br>Trial Date: June 27, 2006 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 16, 2005 the original and one copy of DEFENDANT FUELMAN, INC.'S

FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF was duly served upon the following parties at their last known address, via hand delivery:

>DENNIS E.W. O'CONNOR, Esq.
>KELVIN H. KANESHIRO, Esq.
>DENNIS E.W. O'CONNOR JR., Esq.
>Pacific Guardian Center, Makai Tower
>733 Bishop St., Suite 2400
>Honolulu, HI 96813
>   Attorneys for Plaintiff

DATED: Honolulu, Hawaii, DEC 16 2005.

*/s/ Mary Martin*
ROBERT E. CHAPMAN
MARY MARTIN
Attorneys for Defendant
FUELMAN, INC.

266853.1