REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E. W. O'CONNOR           561
(doc@roplaw.com)
KELVIN H. KANESHIRO             4535
(khk@roplaw.com)
DENNIS E. W. O'CONNOR JR.       4084
(doj@roplaw.com)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  524-8350
Facsimile:  531-8628

Attorneys for Plaintiff
MOBIL OIL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION,<br><br>         Plaintiff,<br><br>vs.<br><br>FUELMAN, INC.,<br><br>         Defendant. | Civil No. CV04-00527 SOM BMK<br><br>CERTIFICATE OF SERVICE |

171052/04-128/DOJ

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of:

1) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES (JN Chevrolet);

2) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES (Cutter Chevrolet);

3) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES (Servco Pacific Inc.);

4) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES (Service Motor Company);

5) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES (Waipahu Auto Co.);

6) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES (Schuman Carriage Motors, Inc.);

7) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES (Schuman Carriage Company, Ltd.); and

8) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES (Pflueger Honda)

will be duly served on the following parties at their last known address by the means indicated on the date shown below.

                                                                      **MAIL**    **DELIVERY**

ROBERT E. CHAPMAN, ESQ.                            ✓
MARY MARTIN, ESQ.
Stanton Clay Chapman Crumpton & Iwamura
700 Bishop Street, Suite 2100
Honolulu, Hawaii  96813
    *Attorney for Defendant*

DATED: Honolulu, Hawaii, January 23, 2006.

_____
DENNIS E. W. O'CONNOR JR.
Attorneys for Plaintiff