REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

| | |
|---|---|
| DENNIS E. W. O'CONNOR | 561 |
| (doc@roplaw.com) | |
| KELVIN H. KANESHIRO | 4535 |
| (khk@roplaw.com) | |
| DENNIS E. W. O'CONNOR JR. | 4084 |
| (doj@roplaw.com) | |

Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone: 524-8350
Facsimile: 531-8628

Attorneys for Plaintiff
MOBIL OIL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>FUELMAN, INC.,<br><br>    Defendant. | Civil No. CV04-00527 SOM BMK<br><br>PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S EXPERT DISCLOSURE AND REPORT; EXHIBIT "A"; CERTIFICATE OF SERVICE |

171539/DOJ

### PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S EXPERT DISCLOSURE AND REPORT

Plaintiff MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION, by and through its attorneys Reinwald O'Connor & Playdon LLP, Pursuant to this Court's Scheduling Conference Order, and Rule 26(a)(2)(B), Federal Rules of Civil Procedure hereby discloses the following experts:

1. Mark Hunsaker, CPA, expert in accounting and business evaluation to testify regarding liability and damages as set forth in his attached report (Exhibit "A").

2. All expert witnesses named by Defendant FUELMAN, INC.

3. Rebuttal expert witnesses as necessary.

4. Plaintiff reserves the right to amend or supplement this expert disclosure based upon further investigation and discovery.

DATED: Honolulu, Hawaii, January 26, 2006.

/s/ Dennis E.W. O'Connor Jr.
_____
DENNIS E.W. O'CONNOR JR.
Attorney for Plaintiff

# Bowen Hunsaker Hirai Consulting Inc.

January 24, 2006

Dennis E.W. O'Connor, Jr.
Reinwald O'Connor & Playdon, LLP
733 Bishop Street, 24th Floor
Honolulu, Hawaii 96813

      Re: Mobil Oil Corporation v. Fuelman, Inc.

Dear Mr. O'Connor:

Pursuant to your request, I have analyzed the document files provided by your office related to the above referenced case. My analysis and findings are based on the documents furnished to us, as identified below in this report.

## I. Introduction

The following is my understanding of the background of the dispute between the parties, based on my reading of the documents provided to me. Mobil Oil Corporation ("Mobil") and Pacific Petroleum entered into a Distributor Agreement effective October 2, 1997 and expiring October 2, 2000, later extended to December 2, 2000. The Agreement was assigned by Pacific Petroleum to Fuelman, Inc. ("Fuelman") on July 20, 1998. Mobil subsequently notified Fuelman, Inc. that Mobil would not renew the Agreement upon its expiration. Mobil subsequently provided Fuelman with a detailed statement of the charges and credits making up the balance claimed by Mobil, dated December 11, 2001, in the amount of $106,076.51. Fuelman disputes Mobil's claim.

## II. Assignment

I was retained by Dennis E.W. O'Connor, Jr., legal counsel for Mobil. I was requested to analyze the documents provided by Mobil and opine whether the documents support the amount of the claim included in Mobil's statement dated December 11, 2001. In addition, I was requested to calculate interest on the amount of Mobil's claim from October 24, 2000 to January 31, 2006.

## III. Expert Opinion

In my opinion, the documents provided by Mobil substantiate its statement dated December 11, 2001 in the amount of $106,076.51. In addition, I calculated simple interest on the amount of the claim from October 24, 2000 to January 31, 2006 in the amount of $12,953.80.

I reserve the right to revise this report and my opinion on the receipt of any pertinent information which becomes available subsequent to the present date.

**EXHIBIT "A"**

## IV. Work Performed and Bases for Opinion

I read the following documents provided by Mobil's legal counsel, Bates stamp numbered E00001 to E00323, inclusive:

| Bates No. | Description |
| --- | --- |
| E00002-00038, 00069, 00076-00084 | Mobil Lubricants Distributor Agreement Between Mobil Oil Corporation and Pacific Petroleum effective 10/2/1997 Addendums, and Extensions. |
| E00039-00062 | Fuelman invoices to Mobil for buyback transactions. |
| E00063-00064 | Mobil's notice dated 11/2/2000 to Fuelman re: termination of distributor agreement. |
| E00065-00068, 00072 | Mobil's demand for payment of its claim, presented by legal counsel. |
| E00070-00072 | Mobil's notice dated 9/20/2000 to Fuelman re: termination of distributor agreement. |
| E00073 | Pacific Petroleum's notice of notice of assignment to Fuelman |
| E00169-00222 | Mobil's schedule of charges and credits totaling $106,076.51. |
| E00223-00323 | Mobil statement dated 12/11/2001 in the amount of $106,076.51 and supporting invoices. |

I, or my firm's professional staff under my direct supervision, performed the following analyses and activities:

- Read the documents provided
- Related the charges for purchases and credits for buybacks to the schedules and statements prepared by Mobil
- Met with Mobil's representative and Mobil's legal counsel to confirm our understanding of the documents provided to us.
- Researched and obtained the daily yield rate of U.S. Treasury obligations with 3 months to maturity. Computed the average annually yield on these obligations for period of 10/24-12/31/2000, the years of 2001-2005 inclusive, and the period of 1/1-1/31/2006. The average yield rates for the part years and full years were employed to calculate simple interest on the balance due per Mobil's statement.

## Conclusion

The documents provided substantiate the amount of Mobil's claim for the balance due from Fuelman on its 12/11/2001 statement. The average yield rate on U.S. obligations with 3 months to maturity is a conservative determination of the minimum investment income lost by Mobil due to Fuelman's nonpayment of the balance due.

## V. Expert Qualifications

I am a shareholder and director of Bowen Hunsaker Hirai Consulting, Inc. My firm is compensated at $365 per hour for my services. The hourly rates of other members of our firm, if they assisted in this report, range from $175 to $365 per hour. Our compensation is not contingent on the outcome of this litigation. Our firm specializes in valuation services, litigation and dispute resolution services, and tax planning and compliance services. A copy of my current Curriculum Vitae including my current and past employment and professional affiliations, cases in which I provided trial and/or deposition testimony in the previous 4 years, and a list of my publications, are also provided as an attachment to this report.

The only work contemplated, but not yet completed, is the analysis of any additional documents which may be submitted to us in this engagement, analysis and drafting of rebuttal to opposing experts' reports, attendance at depositions, conferences, and trial as required.

*[signature]*

MARK D. HUNSAKER, CPA/ABV, CBA

3

Fuelman, Inc.  EXHIBIT 1
Interest on balance due
Simple interest

| DATE | DESCRIPTION | INTEREST | BALANCE |
|---|---|---:|---:|
| 10/24/2000 | Balance | | 106,076.51 |
| 12/31/2000 | Accrued interest at 6.18% | 1,239.26 | 107,315.77 |
| 12/31/2001 | Accrued interest at 3.48% | 3,691.46 | 111,007.24 |
| 12/31/2002 | Accrued interest at 1.64% | 1,739.65 | 112,746.89 |
| 12/31/2003 | Accrued interest at 1.03% | 1,092.59 | 113,839.48 |
| 12/31/2004 | Accrued interest at 1.40% | 1,485.07 | 115,324.55 |
| 12/31/2005 | Accrued interest at 3.22% | 3,415.66 | 118,740.21 |
| 1/31/2006 | Accrued interest at 3.22% | 290.10 | 119,030.31 |
| | Total Interest | 12,953.80 | |

Interest Rate Source - U.S. Treasury, Daily Treasury Yield Curve Rates, 3 month maturity

**MARK D. HUNSAKER**
Certified Public Accountant
Accredited in Business Valuation
Certified Business Appraiser

## EDUCATION

| | |
|---|---|
| 1972 - 1973 | University of Kentucky: Graduate Study in Taxation and Accounting |
| 1969 - 1972 | University of Kansas: B.S. Accounting and B.S. Business Administration |
| 1967 - 1969 | Kemper Military College: Associate of Arts Degree, Concentration in Accounting |

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1982 - Present | Shareholder and Director of Bowen Hunsaker Hirai, Certified Public Accountants and Bowen Hunsaker Hirai Consulting, Inc. Firm specializes in income, gift and estate taxation (substantive, procedural and compliance); business valuations; expert witness litigation services; and business transaction analysis and structuring. |
| 1978 - 1982 | Sole Practitioner Accountant in American Samoa. |
| 1975 - 1978 | Accounting Manager on Tax Staff of Larson Morris & Company, Certified Public Accountants, Kansas City, Missouri. |
| 1973 - 1975 | Senior Accountant on Audit Staff of Peat Marwick Mitchell & Company, Certified Public Accountants, Tulsa, Oklahoma. |

## OTHER EXPERIENCE

| | |
|---|---|
| 2003 – Present | Hawaii State Board of Public Accountancy; Chair, CPA Examination Committee 2003 – present; Vice-Chair, State Board of Public Accountancy 2005 – present; Vice-Chair, Legislation and Rules Committee 2005 – present. |
| 2003 – Present | Director, Hawaii State Board of Public Accountancy |
| 1999 – 2000 | Instructor in Tax Law, University of Phoenix |
| 1998 - 1999 | President of Hawaii Estate Planning Council. |

| | |
|---|---|
| 1997 - 2000 | Board Member of the Institute of Litigation Services Advisors |
| 1987 - 1997 | Hawaii Society of Certified Public Accountants - Member of Ethics Committee 1989 – 1997; Chair of Ethics Committee 1991 – 1993; Vice-chair of Public Relations Committee 1995 – 1997; Tax Committee 1987 - 1988. |
| 1993 - 2000 | Board of Directors Member of Hawaii Estate Planning Council. |
| 1992 - Present | Lecturer and Instructor on Damages Theory and Practice. |
| 1988 - Present | Lecturer and Instructor on Business Valuations and Income, Gift and Estate Taxation. |

## **PROFESSIONAL ORGANIZATIONS**

American Institute of Certified Public Accountants

American Samoa Territorial Board of Accountancy

Hawaii Society of Certified Public Accountants

International Society of Certified Public Accountants

Institute of Business Appraisers – Certified Business Appraiser

## **ASSOCIATION MEMBERSHIPS**

Consumer Lawyers of Hawaii

Family Law Section of the Hawaii State Bar Association

Rev. 1/24/06

**EXPERT WITNESS ENGAGEMENTS**
Most Recent Four Years

**MARK D. HUNSAKER**
Certified Public Accountant
Accredited in Business Valuation
Certified Business Appraiser

2000   U.S. District Court, Hawaii District, <u>Donald Rangasan v. Hawaiian Tug & Barge Corp.</u> Civil No. CV99 00275 SOM, loss of income due to work injuries, Jay L. Freidheim Esq., Nenad Krek, Esq,

2000   First Circuit Court, <u>Fowler v. Kaiser Foundation Health Plan, Inc.</u>

2000   First Circuit Court, <u>Johnson v. Kaiser Foundation Health Plan, Inc.</u>

2000   First Circuit Family Court, <u>Orian v. Wyland</u>

2000   First Circuit Court, <u>Hammer v. Hook</u>

2000   First Circuit Court, <u>Hussey v. Hawaiian Dredging Construction Company</u>

2000   Arbitration Hearing, <u>The Estate of Buddy Kimura v. American International Adjustment Company</u>

2000   Third Circuit Court, <u>Sproat v. Allison Engine Company</u>

2000   First Circuit Court, <u>Mitobe v. The Honolulu Medical Group, Inc.</u>

2001   US District Court, <u>Michiko Dring v. Nathaniel Paul Dring, et al.</u>

2001   First Circuit Court, <u>Shirley Untalan v. Bruce Kim</u>

2001   Third Circuit Court, <u>H&G Koa Enterprises vs. Deluz</u>

2001   First Circuit Court, <u>Jewelry Fantasy vs. Safeguard Services</u>

2001   U.S. District Court, District of Hawaii, <u>Roberto Ramos and Julianne E. Miller f.n.a. Julianne E. Blum v. Great Hawaiian Properties Corporation d.b.a. American Hawaii Cruises; American Classic Voyages Co., et. al.</u>

2001   First Circuit Court, <u>1100 Alakea Corporation v. Michael H. Nekoba; The CPA Consulting Group, Inc. et. al.</u>

2001   Second Circuit Court, <u>Faataatia "Tony" Lauifi, et al. vs. State of Hawaii, et al.</u>

2001 United States District Court, Hawaii Helicopters, Inc. vs. Helicopter Consultants of Maui, Inc. dba Blue Hawaiian Helicopters, et al.

2001 Dispute Prevention and Resolution, Phyllis Oaks vs. Kaiser Foundation Health Plan, Inc.

2001 Medical Claims Conciliation Panel, George Moad et al vs. Castle Medical Center et al

2001 First Circuit Court, Pugliese vs. Pugliese

2001 First Circuit Court, Seo vs. Seo

2001 First Circuit Court, Hsia vs. Hsia

2001 First Circuit Court, Sheree M. Maglinti et al v. Wallace P. Yee et al

2001 First Circuit Court, Brenda Jackson v. Windward Women's Clinic

2001 First Circuit Court, Tedorico Dacquel et al v. Ernesto C. Ugale, et al

2001 First Circuit Court, Frances Hill v. State of Hawaii

2002 First Circuit Court, Nguyen v. Nguyen

2002 First Circuit Court, Donald Camara v. Island Movers, Inc., et al.

2002 First Circuit Court, Oriet "Bobbee" English v. Robin H. Takata, M.D.

2002 First Circuit Court, William C. Pebbles vs. Kona Community Hospital, et al.

2002 First Circuit Court, Times Supermarket v. Schnack Trust

2002 First Circuit Court, Pacific Pest Management v. Terminix

2002 Second Circuit Court, Britt Sutter; James W. Price and Marjorie J. Price, Personal Representatives of the Estate of Macy J. Price, Sr. vs. Ronald Arispe, Personal Representative of the Estate of William T. Marr, and Steven J. Martens, Personal Representative of the Estate of Jason D. Miller, and Executive Aircraft Corporation

2002 First Circuit Court, Lovejoy v. Kaiser

2002 US Tax Court, Internal Revenue Service v. Waikiki Shopping Plaza Limited Partnership

2002 First Circuit Court, MysticWorks LLC v. The Genesis Group LLC

2003 United States District Court for the District of Hawaii, Healy Tibbitts Builders, Inc. v. Mannering Construction Company, et al.

2003   First Circuit Court, Leigh v. Leigh

2003   First Circuit Court, Metropolitan Mortgage v. Hawaii Forest Preservation, et al.

2003   Second Circuit Court, Monica Miller et.al. v. State of Hawaii, Department of Transportation, Airports Division et.al.

2003   Medical Claims Conciliation Panel, In the Matter of the Estate of Joseph W. Yick

2003   First Circuit Court, Theresa Colon et al v. Hilton Hotels, et al

2003   First Circuit Court, Gary Edwards, MD, Inc. v. Ohata Chun Yuen, LLP

2003   United States District Court for the District of Hawaii, Niking Corporation v. Hartford Fire Insurance Company

2003   United States District Court for the District of Hawaii, Marisco, Ltd., a Hawaii corporation, v. F/V Madee, United States Coast Guard Document No. D546488, In Rem, and Kiribati Seafood Co., LLC

2004   First Circuit Court, James C. Carney v Young Brothers Limited

2004   First Circuit Court, Hamilton v. Dream Cruises

2004   First Circuit Court, Dwyer et al v. Kamisugi et al

2004   First Circuit Court, Sullivan et al v. HTH Corporation et al

2004   Dispute Prevention & Resolution, Arbitration of Antonio B. Cordero, MD and Emma B. Avilla Delaney, MD

2004   First Circuit Court, Francis W. Ricafort v. Waikiki Yacht Club

2004   United States District Court for the District of Hawaii, William R. Kowalski v. Jana Brands, Inc. v. Hawaii International Seafood, Inc.

2004   United States District Court for the District of Hawaii, William R. Kowalski and Hawaii International Seafood, Inc. v. Seven Seas Seafoods, Inc.

2004   United States District Court for the District of Hawaii, JP Morgan Chase Bank v. Sweeney Development Company, Inc.

2004   First Circuit Court, Holistica Hawaii, LLC v. Wimberly Allison Tong & Goo

2005   Dispute Prevention & Resolution, <u>Arbitration between Angelyn Pagala, individually, and as next friend for Aiden Justice T. Pagala, a minor; and Jeffrey Tambua, v. Kaiser Foundation Health Plan, Inc.</u>

2005   United States District Court for the District of Hawaii, <u>Peterson vs. USA</u>

2005   United States District Court for the District of Hawaii, <u>Charlotte Paige Schaefers, Deceased et al v. Hunt Building Company, Ltd., et al</u>

2005   United States District Court for the District of Hawaii, <u>John A. Moffett v. SMF Systems Corporation, et al.</u>

2005   First Circuit Court, <u>Pacific In Vitro Fertilization Institute v. Kenneth Vu, MD</u>

2005   First Circuit Court, <u>Thomas T. F. Huang, PhD v. Kenneth K. Vu, MD</u>

2005   Second Circuit Court, <u>State of Hawaii v. David A. Carlsson</u>

2005   United States District Court for the District of Hawaii, <u>USA v. Michael Boulware</u>

2005   First Circuit Court, <u>Lucky Hotels v. Swan Pacific</u>

2005   First Circuit Court, <u>Hawaiian Kona Coffee Co. v. Fukada et al.</u>

2005   First Circuit Court, <u>Honolulu Disposal Service v. American Benefit Plan</u>

Rev. 12/13/05

PUBLICATIONS

**MARK D. HUNSAKER**
Certified Public Accountant
Accredited in Business Valuation
Certified Business Appraiser

- <u>THE ADVOCATE'S EDGE</u>, QUARTERLY PUBLICATION, JANUARY 1993 TO DECEMBER 1998

- "FAMILY LIMITED PARTNERSHIPS: AN IDEAL WEALTH PRESERVATION VEHICLE", JULY 1994

- "ACCOUNTING ASPECTS OF DETERMINING AND DIVIDING MARITAL PROPERTY", <u>DOMESTIC LAW IN HAWAII</u>, JANUARY 1995

    a. "USE OF FINANCIAL STATEMENTS"
    b. "VALUING AND DIVIDING PENSION AND RETIREMENT PLANS -- PROBLEMS AND PITFALLS"
    c. "BUSINESS VALUATIONS"

- "TAX ASPECTS OF DIVORCE", <u>DOMESTIC LAW IN HAWAII</u>, JANUARY 1995

    a. "INTERPRETATION AND USE OF TAX RETURNS"
    b. "TAX TIPS AND TRAPS"

- "TAX TIPS FOR PLAINTIFFS' ATTORNEYS", <u>LAW REPORTER</u>, VOL. 7, NO. 1, FEBRUARY 1995

- "ASSET MANAGEMENT AND WEALTH PRESERVATION", AUGUST 1995

- "DETERMINING DAMAGES TO INCLUDE GOODWILL", <u>LAW REPORTER</u>, VOL. 7, NO. 8, AUGUST 1995

- "DETERMINING AND DIVIDING MARITAL ASSETS", <u>EFFECTIVE FAMILY LAW IN HAWAII</u>, OCTOBER 1995

    a. "ANALYZING FINANCIAL INFORMATION"
    b. "INTERPRETATION AND USE OF TAX RETURNS"
    c. "DIVIDING PENSION AND RETIREMENT PLANS"
    d. "PROPERTY DIVISION -- EQUITABLE OR 50/50?"
    e. "OVERVIEW OF VALUATION -- DETERMINING THE TRUE WORTH"

- "DISCOUNTS IN VALUING CLOSELY HELD CORPORATE STOCK AND PARTNERSHIP INTERESTS", MARCH AND APRIL 1996

- "ACCOUNTING ASPECTS OF DETERMINING AND DIVIDING MARITAL PROPERTY", <u>EQUITABLE DISTRIBUTION IN DIVORCE SETTLEMENTS IN HAWAII</u>, JULY 1996

- "BUSINESS VALUATION FOR DIVORCE"
    a. "USE OF FINANCIAL STATEMENTS"
    b. "VALUING PENSION AND RETIREMENT PLANS – PROBLEMS AND PITFALLS"
    c. "BUSINESS VALUATIONS"
    d. INTERPRETATION AND USE OF TAX RETURNS AND TAX TIPS AND TRAPS"

- "INCOME TAX ASPECTS OF SETTLEMENTS AND JUDGMENTS AFTER THE SMALL BUSINESS JOB PROTECTION ACT", <u>LAW REPORTER</u>, DECEMBER 1996

- "ANALYSIS OF FINANCIAL INFORMATION", <u>FAMILY LAW IN HAWAII</u>, APRIL 1997

    a. "MARITAL SEPARATE PROPERTY VS. MARITAL PARTNERSHIP PROPERTY"
    b. "BUSINESS VALUATION FOR DIVORCE"
    c. "THE ROLE OF INCOME TAXES IN DIVORCE SETTLEMENTS"
    d. "USE OF FINANCIAL STATEMENTS"

- "VALUATION OF LIMITED PARTNERSHIP INTERESTS", <u>FAMILY LIMITED PARTNERSHIPS IN HAWAII</u>, SEPTEMBER 1997

    a. "REVENUE RULING 59-60, THE FOUNDATION OF CLOSELY HELD BUSINESS VALUATION"
    b. "REVENUE RULING 93-12, NON AGGREGATION OF FAMILY INTERESTS FOR VALUATION CONTROL PURPOSES"
    c. "FAIR MARKET VALUES; ENTERPRISE INTERESTS, CONTROL INTERESTS, MINORITY INTERESTS"
    d. "PREMIUMS AND DISCOUNTS"
    e. "IRC CHAPTER 14 SPECIAL VALUATION RULES"

- "HIGHLIGHTS OF THE TAXPAYER RELIEF ACT OF 1997", FAMILY LAW SECTION, HAWAII STATE BAR ASSOCIATION MEETING, SEPTEMBER 1997

- "VALUATION OF A FAMILY LIMITED PARTNERSHIP", HAWAII INSTITUTE FOR CONTINUING LEGAL EDUCATION, SEPTEMBER 1997

- "VALUATION ISSUES", <u>EQUITABLE DISTRIBUTION IN DIVORCE SETTLEMENTS IN HAWAII</u>, FEBRUARY 1998

    a. "WHICH ASSETS MUST BE VALUED"
    b. "BUSINESS VALUATION FOR DIVORCE"
    c. "TAX ISSUES AND PLANNING IN DIVORCE SETTLEMENTS"
    d. "USE OF FINANCIAL STATEMENTS"

- "CROSS-EXAMINING A FINANCIAL EXPERT", <u>LAW REPORTER,</u> DECEMBER 1998

- "INCOME IN RESPECT OF A DECEDENT", <u>HAWAII INCOME TAX PLANNING FOR ESTATES AND TRUSTS</u>, JULY 1999

- "EVERYTHING YOU NEED TO KNOW TO PROPERLY PREPARE TAX RETURNS", <u>HAWAII INCOME TAX PLANNING FOR ESTATES AND TRUSTS</u>, JULY 1999

- "SELF-CREATED TRUSTS", <u>TRUSTS, ESTATE PLANNING, AND DIVORCE IN HAWAII,</u> APRIL 2000

- "TRUSTS CREATED BY THIRD PARTIES", <u>TRUSTS, ESTATE PLANNING, AND DIVORCE IN HAWAII,</u> APRIL 2000

- "INCOME TAXATION OF TRUST AND BENEFICIARY" <u>TRUSTS, ESTATE PLANNING, AND DIVORCE IN HAWAII,</u> APRIL 2000

- "ESTATE AND GIFT TAXATION", <u>TRUSTS, ESTATE PLANNING, AND DIVORCE IN HAWAII,</u> APRIL 2000

- "WHEN IS PROPERTY SEPARATE, MARITAL, OR NOT PROPERTY IN A DIVORCE?", <u>TRUSTS, ESTATE PLANNING, AND DIVORCE IN HAWAII,</u> APRIL 2000

- "INCOME FROM TRUSTS AND THEIR CHARACTERIZATIONS AS PROPERTY OR OTHERWISE", <u>TRUSTS, ESTATE PLANNING, AND DIVORCE IN HAWAII,</u> APRIL 2000

- "SAVING TAXES FOR CLIENTS IN THEIR DIVORCES", <u>TRUSTS, ESTATE PLANNING, AND DIVORCE IN HAWAII,</u> APRIL 2000

- "REVOCABLE AND IRREVOCABLE TRUST IN THE DIVORCE CONTEXT", <u>TRUSTS, ESTATE PLANNING, AND DIVORCE IN HAWAII,</u> APRIL 2000

- "THE DOUBLE DIP IN VALUING GOODWILL IN DIVORCE", <u>HAWAII DIVORCE MANUAL,</u> NOVEMBER 2000

- "EXPERT WITNESS CREDIBILITY AND TESTIMONY AFTER *DAUBERT/KUMHO/MONTALBO*, LAW REPORTER, NOVEMBER 2001

- CONTINUING LEGAL EDUCATION SEMINAR, STERLING EDUCATION SERVICES, OCTOBER 2002

    a. TAX ISSUES & PLANNING
    b. USE OF FINANCIAL STATEMENTS
    c. BUSINESS VALUATION IN HAWAII DIVORCES
    d. EXPERT WITNESS CREDIBILITY

- CONTINUING LEGAL EDUCATION SEMINAR, LORMAN EDUCATION SERVICES, MAY 2003

    a. ANALYSIS OF ECONOMIC LOSS IN WRONGFUL DEATH CASES

- CONTINUING LEGAL EDUCATION SEMINAR, LORMAN EDUCATION SERVICES, JUNE 2005

    a. VALUATION AND APPRAISALS
    b. HANDLING LIFE INSURANCE POLICIES
    c. DISTRIBUTIONS FROM IRA's
    d. DEATH AND TAXES

Rev. 5/20/05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION,<br><br>          Plaintiff,<br><br>vs.<br><br>FUELMAN, INC.,<br><br>          Defendant. | Civil No. CV04-00527 SOM BMK<br><br>CERTIFICATE OF SERVICE |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document will be duly served on the following parties at their last known address by the means indicated on the date shown below.

|  | U.S. MAIL | HAND DELIVERY |
|---|---|---|
| ROBERT E. CHAPMAN, ESQ.<br>MARY MARTIN, ESQ.<br>700 Bishop Street, Suite 2100<br>Honolulu, Hawaii 96813<br>*Attorney for Defendant* |  | XX |

DATED: Honolulu, Hawaii, January 26, 2006.

_____
DENNIS E. W. O'CONNOR JR.
Attorney for Plaintiff

150677/04-54/DOJ