REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E. W. O'CONNOR         561
(doc@roplaw.com)
KELVIN H. KANESHIRO           4535
(khk@roplaw.com)
DENNIS E. W. O'CONNOR JR.     4084
(doj@roplaw.com)
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  524-8350
Facsimile:  531-8628

Attorneys for Plaintiff
MOBIL OIL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>FUELMAN, INC.,<br><br>                    Defendant. | Civil No. CV04-00527 SOM BMK<br><br>CERTIFICATE OF SERVICE |
|---|---|

171052/04-128/DOJ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the original and a copy of:

1) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES TO DEFENDANT FUELMAN, INC., and

2) PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT FUELMAN, INC.

will be duly served on the following parties at their last known address by the means indicated on the date shown below.

|  | MAIL | DELIVERY |
|---|---|---|
| ROBERT E. CHAPMAN, ESQ.<br>MARY MARTIN, ESQ.<br>700 Bishop Street, Suite 2100<br>Honolulu, Hawaii  96813<br>Attorney for Defendant |  | X |

DATED:   Honolulu, Hawaii, January 27, 2006.

_____
DENNIS E. W. O'CONNOR JR.
Attorneys for Plaintiff