# ORIGINAL

Of Counsel:
Clay Chapman Crumpton Iwamura & Pulice
Attorneys at Law, A Law Corporation

ROBERT E. CHAPMAN    2679
MARY MARTIN          5475
Topa Financial Center
700 Bishop Street, Suite 2100
Honolulu, Hawaii 96813
Telephone No.: (808) 535-8400
Facsimile No.: (808) 535-8444

Attorneys For Defendant
FUELMAN, INC.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 02 2006

at 3 o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION, <br><br> Plaintiff, <br><br> vs. <br><br> FUELMAN, INC., <br><br> Defendant. | ) CIVIL NO. 04-00527 SOM BMK <br> ) <br> ) CERTIFICATE OF SERVICE <br> ) <br> ) [Re: OFFICER, DIRECTOR, <br> ) MANAGING AGENT, EMPLOYEE OR <br> ) OTHER DESIGNATED <br> ) REPRESENTATIVE OF <br> ) MOBIL OIL CORPORATION nka <br> ) EXXON MOBIL CORPORATION] <br> ) <br> ) Trial Date:    06/27/2006 |

04-00527 SOM BMK_20060217_ON1.doc

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date   FEB -3 2006

a true and correct copy of the Notice of Taking Deposition Upon

Oral Examination dated   FEB -2 2006  , was duly served to

the following in the manner described below:

```
Mailed to:

DENNIS E. W. O'CONNOR, ESQ.
KELVIN H. KANESHIRO, ESQ.
DENNIS E. W. O'CONNOR, JR., ESQ.
Reinwald, O'Connor & Playdon LLP
Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii 96813
Telephone No: (808) 524-8350

Attorneys for Plaintiff

DATED:  Honolulu, Hawaii,            FEB -2 2006
```

*/s/ Mary Martin*

ROBERT E. CHAPMAN
MARY MARTIN

Attorneys For Defendant
FUELMAN, INC.