REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

| | |
|---|---|
| DENNIS E. W. O'CONNOR (doc@roplaw.com) | 561 |
| KELVIN H. KANESHIRO (khk@roplaw.com) | 4535 |
| DENNIS E. W. O'CONNOR JR. (doj@roplaw.com) | 4084 |

Pacific Guardian Center, Makai Tower
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone:  524-8350
Facsimile:  531-8628

Attorneys for Plaintiff
MOBIL OIL CORPORATION

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION,<br><br>              Plaintiff,<br><br>    vs.<br><br>FUELMAN, INC.,<br><br>              Defendant. | Civil No. CV04-00527 SOM BMK<br><br>CERTIFICATE OF SERVICE |

171052/04-128/DOJ

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of PLAINTIFF MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION'S NOTICE OF TAKING DEPOSITION UPON WRITTEN INTERROGATORIES; INTERROGATORIES; EXHIBIT "A" (Bank of Hawaii) will be duly served on the following parties at their last known address by the means indicated on the date shown below.

|  | **MAIL** | **DELIVERY** |
|---|---|---|
| ROBERT E. CHAPMAN, ESQ.<br>MARY MARTIN, ESQ.<br>700 Bishop Street, Suite 2100<br>Honolulu, Hawaii  96813<br>Attorney for Defendant |  | X |

DATED:  Honolulu, Hawaii, February 3, 2006.

_____
DENNIS E. W. O'CONNOR JR.
Attorneys for Plaintiff

2