ORIGINAL

REINWALD O'CONNOR & PLAYDON LLP
A Limited Liability Law Partnership

DENNIS E.W. O'CONNOR        561
(doc@roplaw.com)
KELVIN H. KANESHIRO         4535
(khk@roplaw.com)
DENNIS E.W. O'CONNOR JR.    4084
(doj@roplaw.com)
733 Bishop Street, Suite 2400
Honolulu, Hawaii  96813
Telephone: 524-8350
Facsimile:  531-8628

Attorneys for Plaintiff
MOBIL OIL CORPORATION

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 20 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

LODGED

APR 19 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION,<br><br>    Plaintiff,<br><br> vs.<br><br>FUELMAN, INC.,<br><br>    Defendant. | Civil No. CV04-00527 SOM BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS and ORDER<br><br>TRIAL: June 27, 2006<br>JUDGE: Susan Oki Mollway |

173474/04-128/DOJ

## STIPULATION FOR DISMISSAL
## WITH PREJUDICE OF ALL CLAIMS and ORDER

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MOBIL OIL CORPORATION, now known as EXXON MOBIL CORPORATION, and Defendant FUELMAN, INC., by and through their respective counsel undersigned, that all claims be dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party is to bear its respective attorney's fees and costs.

There are no remaining parties, claims and/or issues, and all parties appearing in this action have signed this Stipulation.

DATED: Honolulu, Hawaii, _____.

_____
DENNIS E.W. O'CONNOR JR.
Attorney for Plaintiff


_____
MARY L. MARTIN
Attorney for Defendant

---

Stipulation for Dismissal with Prejudice of All Claims and Order; <u>Mobil Oil Corporation v. Fuelman, Inc.</u>, CV04-00527 SOM BMK

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

Stipulation for Dismissal with Prejudice of All Claims and Order; Mobil Oil Corporation v. Fuelman, Inc., CV04-00527 SOM BMK

3